# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

THOMAS JACK TAYLOR III,

         Plaintiff,

v.

LEXISNEXIS RISK SOLUTIONS INC.,

         Defendant.

Case No.: 1:26-cv-01303-SCJ-CMS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOTICE IS HEREBY GIVEN** that Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Federal Rules of Civil Procedure, Plaintiff Thomas Jack Taylor III ("Plaintiff") hereby voluntarily dismisses his claims in this matter against Defendant LexisNexis Risk Solutions, Inc. **WITHOUT** prejudice.

Dated: March 23, 2026

By: */s/ Paul J. Sieg*
Paul J. Sieg, GA Bar #334182
CONSUMER ATTORNEYS, PLLC
2800 N Druid Hills Rd, Building A, Suite D
Atlanta, GA 30329
T: (470) 993-1886
E: pjsieg@consumerattorneys.com

*Attorneys for Plaintiff*
*Thomas Jack Taylor III*